

**IN THE**
**TENTH COURT OF APPEALS**

————————

**No. 10-21-00156-CR**

**IN RE BRANDON SCOTT POWELL**

————————

**Original Proceeding**

**From the 272nd District Court**
**Brazos County, Texas**
**Trial Court No. 12-06064-CRF-272**

————————

**MEMORANDUM  OPINION**

————————

Brandon Powell filed a Petition for Writ of Mandamus on July 2, 2021, complaining that the trial court had failed to rule on his motion for a speedy trial.  The State's response, filed on December 2, 2021, shows that no motion for a speedy trial was filed in this proceeding.  Accordingly, Relator's petition for writ of mandamus to compel a ruling on that motion is denied.

STEVE SMITH
Justice

Before Chief Justice Gray,
        Justice Johnson,
        and Justice Smith
Petition denied
Opinion delivered and filed December 15, 2021
Do not publish
[OT06]

